Judge Robert J. Bryan

FILED / LODGED / RECEIVED
APR 30 2008
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
DEPUTY

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| MATTHEW KLEIN, <br><br> Plaintiff, <br><br> vs. <br><br> OVER THE BARS, INC., a California Corporation dba ANSWER PRODUCTS; and "JOHN DOE" CORPORATION, <br><br> Defendants. | CIVIL ACTION NO.: C08-5088 RJB <br><br> [PROPOSED] ORDER DISMISSING HB PERFORMANCE SYSTEMS, INC. AND AMENDING CAPTION |

This matter having come before the Court on the motion of SHAWN B. BRIGGS of BRIGGS & BRIGGS, attorneys for the above-named plaintiff, for an Order dismissing HB Performance Systems, Inc. as a party to this lawsuit; and the Court being in all matters fully advised; now, therefore, it is hereby

/

08-CV-05088-ORD

ORDER DISMISSING HB PERFORMANCE SYSTEMS, INC.
Civil Action No.: C08-5088 RJB
Page - 1

*Law Offices of*
**BRIGGS & BRIGGS**
10222 GRAVELLY LAKE DRIVE S.W.
TACOMA, WASHINGTON 98499
(253) 588-6696
FAX (253) 584-6238

ORDERED, ADJUDGED and DECREED that HB PERFORMANCE SYSTEMS, INC. is hereby dismissed with prejudice and without cost as a party to this lawsuit. It is further

ORDERED, ADJUDGED and DECREED that the caption of this case is hereby amended to read as follows: "MATTHEW KLEIN, Plaintiff vs. OVER THE BARS, INC., a California Corporation dba ANSWER PRODUCTS and "JOHN DOE" CORPORATION, Defendants."

Done in open Court this 30 day of April, 2008.

_____
JUDGE ROBERT J. BRYAN

Presented by:

_____
SHAWN B. BRIGGS of
BRIGGS & BRIGGS
Attorneys for plaintiff
WSB# 16162
E-mail: sbriggs@briggsandbriggs.com

ORDER DISMISSING HB
PERFORMANCE SYSTEMS, INC.
Civil Action No.: C08-5088 RJB
Page - 2

*Law Offices of*
**BRIGGS & BRIGGS**
10222 GRAVELLY LAKE DRIVE S.W.
TACOMA, WASHINGTON 98499
(253) 588-6696
FAX (253) 584-6238