FILED _____ LODGED
_____ RECEIVED

APR 30 2008

Judge Robert J. Bryan

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF WASHINGTON AT TACOMA

MATTHEW KLEIN,

    Plaintiff,

vs.

OVER THE BARS, INC., a California Corporation dba ANSWER PRODUCTS; and "JOHN DOE" CORPORATION,

    Defendants.

CIVIL ACTION NO.: C08-5088 RJB

[PROPOSED] ORDER EXTENDING INITIAL SCHEDULING DATES

This matter having come before the Court on the motion of SHAWN B. BRIGGS of BRIGGS & BRIGGS, attorneys for the above-named plaintiff, for an Order extending the initial scheduling dates in this matter; and the Court being in all matters fully advised; now, therefore, it is hereby

/

08-CV-05088-ORD

---

ORDER EXTENDING INITIAL SCHEDULING DATES
Civil Action No.: C08-5088 RJB
Page - 1

*Law Offices of*
**BRIGGS & BRIGGS**
10222 GRAVELLY LAKE DRIVE S.W.
TACOMA, WASHINGTON 98499
(253) 588-6696
FAX (253) 584-6238

ORDERED, ADJUDGED and DECREED that the initial scheduling dates are hereby extended as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) conference | 6/30/08 |
| Initial Disclosures Pursuant to FRCP 26(a)(1) | 7/7/08 |
| Combined Joint Status Report and Discovery Plan As Required by FRCP 26(f), and Local Rule CR 16 | 7/14/08 |

Done in open Court this ___ day of _____, 2008.

_____
JUDGE ROBERT J. BRYAN

Presented by:

_____
SHAWN B. BRIGGS of
BRIGGS & BRIGGS
Attorneys for plaintiff
WSB# 16162
E-mail: sbriggs@briggsandbriggs.com

ORDER EXTENDING INITIAL SCHEDULING DATES
Civil Action No.: C08-5088 RJB
Page - 2

*Law Offices of*
**BRIGGS & BRIGGS**
10222 GRAVELLY LAKE DRIVE S.W.
TACOMA, WASHINGTON 98499
(253) 588-6696
FAX (253) 584-6238